IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NICK JAMES GONZALES,

    Petitioner,

vs.                                 No. CV 18-00283 KG/KRS

TIMOTHY HATCH, et al.,

    Respondents.

## **ORDER**

**THIS MATTER** having come before the Court on the Application to Proceed in District Court Without Prepaying Fees or Costs filed by Petitioner Nick Gonzales (Doc. 5) and the Court being fully advised;

**IT IS ORDERED** that the Application to Proceed in District Court Without Prepaying Fees or Costs filed by Petitioner Nick Gonzales (Doc. 5) is hereby **GRANTED**, and Petitioner may proceed without prepayment of costs or other fees or the necessity of giving security therefor.

_____
UNITED STATES MAGISTRATE JUDGE